## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Newell, John R
Phillips, Ruth B
Printed: 10/22/08

Case Number:  08 B 16014
Judge:  Hollis, Pamela S
Filed:  6/20/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  October 17, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | Consumer Portfolio Services | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 2,405.00 | 0.00 |
| 4. | City Of Chicago | Secured | 400.00 | 0.00 |
| 5. | America's Servicing Co | Secured | 57,000.00 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 384.26 | 0.00 |
| 7. | ABC Credit Corp | Unsecured | 12.72 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 30.91 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 7.01 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 11.67 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 75.85 | 0.00 |
| 12. | Bass & Associates | Unsecured | 88.48 | 0.00 |
| 13. | Professional Account Management | Unsecured | | No Claim Filed |
| 14. | Consumer Portfolio Services | Unsecured | | No Claim Filed |
| 15. | Money Control | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | Armor Systems Co | Unsecured | | No Claim Filed |
| 18. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 19. | Harris & Harris | Unsecured | | No Claim Filed |
| 20. | SBC | Unsecured | | No Claim Filed |
| 21. | Direct Tv | Unsecured | | No Claim Filed |
| | | | $ 60,415.90 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Newell, John R

Phillips, Ruth B

Printed: 10/22/08

Case Number:  08 B 16014

Judge:  Hollis, Pamela S

Filed:  6/20/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

